IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VANCE G. MITCHELL,

    Petitioner,

vs.                         CASE NO. 5:08cv60/RS-GRJ

WALTER A. McNEIL, Secretary of
Florida Department of Corrections,
et al,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Amended Petition For Writ Of Habeas Corpus (Doc. 11) is **denied**, and a certificate of appealability is denied.

3. The clerk is directed to close the file.

**ORDERED** on March 29, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**